ALFIERO PALESTRONI v. BOARD OF ADJUSTMENT OF THE BOROUGH OF PARAMUS AND WILLIAM MONTAGUE, BUILDING INSPECTOR OF PARAMUS AND ARTHUR AND MARGARET HIRSCHBERG.

February 11, 1985.

Petition for certification denied.

JOHN PAUL HELLSTROM AND LINDA HELLSTROM v. KIDDER, PEABODY & COMPANY, INC., AND BRUCE ADAM.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL TATE.

February 20, 1985.

Leave to appeal granted.

STATE OF NEW JERSEY v. DOMINICK NATALE, JR.

February 26, 1985.

Petition for certification denied.